UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL VETERANS LEGAL SERVICES PROGRAM, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE UNITED STATES DEPARTMENT OF DEFENSE, et al., <br><br> Defendants. | Case No. 1:14-CV-01915-APM |

**PLAINTIFFS' UNOPPOSED MOTION TO MODIFY THE BRIEFING SCHEDULES FOR DEFENDANTS' MOTION TO DISMISS AND PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Civil Rule 23.1(b), Plaintiffs Angelo O. Duran, Scott T. Fink, National Veterans Legal Services Program, and Vietnam Veterans of America ("Plaintiffs") hereby move unopposed to modify the briefing schedules for Defendants' motion to dismiss and Plaintiffs' motion for class certification as follows:

- Plaintiffs shall file their memorandum of points and authorities in opposition to Defendants' motion to dismiss on or before February 27, 2015.

- Defendants shall file their reply to Plaintiffs' opposition on or before March 20, 2015.

- The February 12, 2015 deadline for Plaintiffs to move for class certification shall be taken off calendar. The parties will meet and confer following a ruling on the motion to dismiss and will submit a proposed class certification discovery and briefing schedule within 14 days of that ruling.

In support of this motion Plaintiffs state as follows:

1. On November 14, 2014, Plaintiffs filed their Complaint on behalf of a putative class. (ECF No. 1.) Pursuant to Local Civil Rule 23.1(b), Plaintiffs' current deadline to move for class certification is February 12, 2015.

va-443077

2. On January 20, 2015, Defendants filed a Motion to Dismiss. (ECF No. 9.) Pursuant to Local Civil Rule 7(b), Plaintiffs' current deadline to oppose the Motion to Dismiss is February 3, 2015. Pursuant to Local Civil Rule 7(d), Defendants' current deadline to file a reply in support of their Motion to Dismiss is February 10, 2015.

3. The proposed briefing schedule for Defendants' motion to dismiss is both appropriate and necessary because that motion presents numerous and complex issues of law and because Plaintiffs' counsel have scheduling conflicts with the current briefing schedule. Defendants will not be prejudiced by the proposed briefing schedule as the modified schedule affords Defendants additional time to prepare their own reply brief.

4. Class certification briefing should also be postponed. The current briefing schedule would result in briefing the motion for class certification while the motion to dismiss is still pending. Postponing class certification until after the pleadings are settled will be more efficient and will conserve judicial resources since the motion to dismiss will clarify and may reduce the issues to be decided on class certification.

5. Counsel for the Plaintiffs and Defendants have met and conferred regarding the above briefing schedule modifications. Counsel for the Defendants does not oppose the relief sought herein.

6. The briefing schedule modifications requested in this motion are not sought for any improper purpose but to insure that there is an appropriate and efficient schedule in place to brief Defendants' motion to dismiss and Plaintiffs' motion for class certification.

7. Plaintiffs submit that the above represents good cause for the requested modification of briefing schedules under Fed. R. Civ. P. 6(b) and for the Court to exercise its discretion under Local Civil Rule 23.1(b).

va-443077

8.  Based on the above, Plaintiffs respectfully request that the Court enter an order pursuant to Fed. R. Civ. P. 6(b)(1) and Local Civil Rule 23.1(b) that modifies the briefing schedules for Defendants' motion to dismiss and Plaintiffs' motion for class certification as detailed herein.

Dated: January 22, 2015

Respectfully submitted,
**MORRISON & FOERSTER LLP**

By: /s/ Richard J. Vacura

Richard J. Vacura (D.C. Bar # 436669)
John A. Trocki III (admitted *pro hac vice*)
Catherine L. Chapple (admitted *pro hac vice*)
MORRISON & FOERSTER LLP
1650 Tysons Boulevard, Suite 400
McLean, Virginia 22102
Tel: (703) 760-7764
Email: RVacura@mofo.com
Email: JTrocki@mofo.com
Email: CChapple@mofo.com

Stacey M. Sprenkel (admitted *pro hac vice*)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Tel: (415) 268-6040
Email: SSprenkel@mofo.com

Kirk A. Sigmon (D.C. Bar # 1021428)
MORRISON & FOERSTER LLP
2000 Pennsylvania Ave., NW
Washington, D.C. 20006-1888
Tel: (202) 778-1664
Email: KSigmon@mofo.com

Barton F. Stichman (D.C. Bar # 218834)
NATIONAL VETERANS LEGAL SERVICES PROGRAM
1600 K Street, NW
Suite 500
Washington, D.C. 20006
Tel: (202) 621-5677
Email: bart_stichman@nvlsp.org

*Attorneys for Plaintiffs*

va-443077